UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CIVIL ACTION NO. 05-114

DONALD CHRISTOPHER LYNCH,                                              PETITIONER

v.                              **OPINION AND ORDER**

PATTI WEBB, WARDEN,                                                    RESPONDENT

\* \* \* \* \* \* \* \* \*

On March 11, 2005, Petitioner Donald Christopher Lynch ("Lynch") filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration.

The Magistrate Judge filed a proposed report and recommendation on July 1, 2005. Based on a review of the state court record and the applicable case law relevant to federal habeas corpus petitions, the Magistrate Judge concluded that Lynch is not entitled to federal habeas corpus relief. Accordingly, the Magistrate Judge recommends that Lynch's habeas petition be denied with prejudice and that a certificate of appealability not be issued.

On July 15, 2005, Lynch filed objections to the Magistrate Judge's proposed report and recommendation. This Court must make a *de novo* determination of those portions of the Magistrate Judge's proposed report and recommendation to which objection is made. 28 U.S.C. § 636(b)(1)(C). Having considered petitioner's objections, which the Court finds to be without merit, and having made a *de novo* determination, the Court hereby adopts the Magistrate Judge's proposed findings of fact and conclusions of law.

Accordingly, the Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that:

(1)  the Magistrate Judge's Report and Recommendation (Rec. Nos. 18) as amended by Rec. No. 19 is ADOPTED as and for the opinion of the Court;

(2)  Lynch's objections to the Magistrate Judge's report and recommendation (Rec. No. 20) are OVERRULED;

(3)  Lynch's petition for a writ of habeas corpus (DE #2) is DENIED;

(4)  Lynch's Motion for Leave to File Reply is GRANTED (Rec. No.28); and

(5)  judgment will be entered contemporaneously with this opinion and order in favor of respondent.

This the 20th day of January, 2006.

Signed By:

*Karen K. Caldwell*  KKC

**United States District Judge**